IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KENDRICK LASHAWN SLAUGHTER                                                       PLAINTIFF

v.                                                                        CIVIL ACTION NO. 1:20-CV-139-SA-RP

COMMISSIONER OF SOCIAL SECURITY                                                  DEFENDANT

## ORDER

On April 30, 2021, United States Magistrate David A. Sanders issued a Report and Recommendation [26] in this cause. The R&R recommends that the ALJ's decision be reversed and remanded for further proceedings. No objections to the R&R were filed within the time allowed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)).

The Court has reviewed the R&R and finds no plain error on the face of the record. Accordingly, the R&R is ADOPTED IN FULL as the Order of the Court. The Commissioner's decision is hereby REVERSED AND REMANDED for further proceedings. This CASE is CLOSED.

SO ORDERED, this the 8th day of June, 2021.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE